UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

    EIDOLON CAPITAL PARTNERS, II, LLC,          Case No. 11-15657
                                                                         (Chapter 11)
                  Debtor(s).

COMPENSATION STATEMENT OF COUNSEL FOR THE DEBTOR(S)

1. The undersigned is Counsel for the Debtor(s) in this case.

2. The total compensation promised the undersigned by the Debtor(s) for the services rendered or to be rendered in connection with this case is $300/hr.; the only compensation which has been received from the Debtor(s) or any other person on said account is $5,000, (inclusive of the $1,039 filing fee).  Of said amount, $3,961 remained after payment of a negotiated pre-petition fee of $0 and the filing fee of $1,039; the balance due thereon is $0; and the source of compensation paid or promised, if a source other than the Debtor(s) is:

                                    Douglas E. Darling

3. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm and except:
                                    Not applicable

4. The Debtor(s) agree to pay $300/hour for legal services at the undersigned's customary hourly rates and to reimburse counsel for expenses incurred.  Additionally, the Debtor(s) understand that the undersigned's retention in this case does not include representation in any appeals, in any adversary proceedings, or in any cases to which this case might be converted, and that such additional representation would require a separate retention agreement with the undersigned.

Date:  08/01/2011                              /s/ Douglas E. Darling
                                               **Douglas E. Darling, Sole Member**

Date:  08/01/2011                              /s/  Ronald J. Aiani
                                               Counsel for Debtor(s)
                                               Ronald J. Aiani, VA Bar #32085
                                               Ronald J. Aiani, P.C.
                                               86 East Lee St.
                                               Warrenton, VA 20186
                                               (540) 347-5295